```
1   N. KATHLEEN N. STRICKLAND (SBN 64816)
    DEVIN C. COURTEAU (SBN 197505)
2   STEPHAN CHOO (SBN 284395)
    ROPERS, MAJESKI, KOHN & BENTLEY
3   150 Spear Street, Suite 850
    San Francisco, CA 94105
4   Telephone:    (415) 543-4800
    Facsimile:    (415) 972-6301
5   Email:        kathleen.strickland@rmkb.com
                  devin.courteau@rmkb.com
6                 stephan.choo@rmkb.com

7   Attorneys for Defendants
    HYANG BAE WHANG, SEON GEUN WHANG
8   AND KYU CHUK WHANG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED, by and through his successor in interest, Susan Charter and Ann Renzel Sebastian; ROBERT E. RENZEL TRUST, by and through its trustees, Susan Carter and Ann Renzel Sebastian; SUSAN CARTER; ANN RENZEL SEBASTIAN, and BASCOM AVENUE DEVELOPMENT LLC, a California limited liability company,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>LUPE VENTURA, an individual and dba Ritz Cleaners; CELIA VENTURA, an individual and dba Ritz Cleaners; ALFREDO TORRES, an individual and dba Ritz Cleaners; CARMEN TORRES, an individual and dba Ritz Cleaners; HYANG BAE WHANG, an individual and dba Ritz Cleaners; SEON GEUN WHANG, an individual and dba Ritz Cleaners; KYU CHUK WHANG, an individual and dba Ritz Cleaners; KWANG KUK PARK, an individual and dba Ritz Cleaners; SOON JA PARK, an individual and dba Ritz Cleaners; CHONG K. BYUN, an individual and dba Ritz Cleaners; UKTAE HAN, an individual and dba Ritz Cleaners; MIJA HAN, an individual and dba Ritz Cleaners; THU HUYNH, an individual and | CASE NO. 5:15-CV-1648-RMW<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL<br><br>Judge:　　　　Ronald M. Whyte<br><br>Complaint Filed:　April 10, 2015 |

| | |
|---|---|
| 1 | dba Ritz Cleaners; NOC T. B. TRAN, an individual and dba Ritz Cleaners; LIEN T. NGUYEN, an individual and dba Ritz Cleaners; THIEN D. NGUYEN, an individual and dba Ritz Cleaners; KIET TRAN, an individual and dba Ritz Cleaners; GARY TRAN, an individual and dba Ritz Cleaners, |
| | Defendants. |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendants Hyang Bae Whang, Seon Geun Whang, and Kyu Chuk Whang ("Defendants"), hereby substitute N. Kathleen Strickland, Devin C. Courteau and Stephan Choo of Ropers, Majeski, Kohn & Bentley, 150 Spear Street, Suite 850, San Francisco, California 94105, as counsel of record in the place and stead of the Defendants appearing as Pro Se.

Dated: August 5, 2015          HYANG BAE WHANG

By: _____
HYANG BAE WHANG
*Pro Se* Defendant

Dated: August 25, 2015         SEON GEUN WHANG

By: _____
SEON GEUN WHANG
*Pro Se* Defendant

Dated: August 25, 2015         KYU CHUK WHANG

By: _____
KYU CHUK WHANG
*Pro Se* Defendant

We consent to and accept the above substitution.

4835-5085-8791.1                    - 2 -                    SUBSTITUTION OF COUNSEL
                                                             5:15-CV-1648-RMW

| | |
|---|---|
| Dated: August 26, 2015 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | |
| | By:/s/ Stephan Choo |
| | <u>N. KATHLEEN STRICKLAND</u> |
| | DEVIN C. COURTEAU |
| | STEPHAN CHOO |
| | Attorneys for Defendants HYANG BAE WHANG, SEON GEUN WHANG AND KYU CHUK WHANG |

**ORDER**

**IT IS SO ORDERED**,

N. Kathleen Strickland, Devin C. Courteau and Stephan Choo of Ropers, Majeski, Kohn & Bentley are substituted in as counsel of record for Defendants Hyang Bae Whang, Seon Geun Whang, and Kyu Chuk Whang ("Defendants") in the place and stead the Defendants appearing as Pro Se.

Dated: 9/10/2015

*Ronald M. Whyte*
JUDGE
UNITED STATES DISTRICT COURT