1  Thomas P. Schmidtt, SBN 157831
   tom@davertandloe.com
2  Douglass S. Davert, SBN 160330
   dougdavert@davertandloe.com
3  Benjamin N. Flint III, SBN 255786
   ben@davertandloe.com
4  DAVERT & LOE, LAWYERS
   625 The City Drive S., Suite 350
5  Orange, CA  92868
   Telephone:  714-750-2525
6  Facsimile:  714-750-2520
   Attorneys for Defendant
7  Uktae & Mija Han

8              UNITED SATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10

11  ESTATE of ROBERT RENZEL, et al,          CASE NO.:  5-15-CV-1648

12            Plaintiffs,                     PROPOSED ORDER

13       v.

14  VENTURA, et al,

15            Defendants.

16

17

18       The Court held a Case Management Conference on August 14, 2015.  Bret Stone appeared

19  for Plaintiffs, Thomas P. Schmidt appeared for Defendants Uktae and Miji Han, and Matthew

20  McMillan appeared for Defendants and Counter and Cross-Complainants Carmen Torres and

    Alfredo Torres.  Plaintiff requested more time to find and serve parties, and additionally indicated
21
    that it would be amending the complaint.
22
    The court ordered as follows:
23
       1.  Plaintiff has until November 20, 2015 to amend, file and serve the First Amended
24
           Complaint.
25
       2.  A case management conference is scheduled for November 20, 2015 at 10:30 am.

26  ///

27  ///

    ///
28

                          PROPOSED ORDER

3. A Case Management Statement is due on November 13, 2015.

4. In the interim only written discovery is permitted.

**RESPECTFULLY SUBMITTED,**

DATE:  AUGUST 28, 2015          DAVERT & LOE. LAWYERS


                                         /s/
                                 _____
                                 THOMAS P. SCHMIDT
                                 Attorney for Defendants,
                                 Uktae & Mija Han

**IT IS SO ORDERED.**


DATED:  September 14, 2015



                                 _Ronald M. Whyte_____
                                 JUDGE RONALD M. WHYTE