1  Jeffery L. Caufield (SBN 166524)
   jeff@caufieldjames.com
2  Santino M. Tropea (SBN 249215)
   santino@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 410
4  San Diego, California 92108
   Telephone: 619-325-0441
5  Facsimile: 619-325-0231

6  Attorneys for Defendants, Counter-Claimants,
   and Cross-Claimants, Alfredo Torres and
7  Carmen Torres

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 ESTATE OF ROBERT RENZEL, DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian, *et al.*

   Case No.: 5:15-cv-01648-NC

   [PROPOSED] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

   Hearing Date:  November 20, 2015
   Hearing Time:  10:30 a.m.
   Courtroom:     6 – 4th Floor
   Judge:         Hon. Ronald M. Whyte

   Action Filed:  April 10, 2015
   Trial Date:    None set

            Plaintiffs,

            v.

   LUPE VENTURA, an individual and dba Ritz Cleaners, *et al.*

            Defendants.

   AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS.

1  Defendants Alfredo Torres and Carmen Torres' request for their counsel to appear by
2  telephone at the Case Management Conference, scheduled for November 20, 2015 at 10:30 a.m.
3  in Courtroom 4 of the San Jose Division of the Northern District, is hereby GRANTED.
4  Counsel is instructed to contact CourtCall at 866-582-6878 to arrange telephone appearance.
5  IT IS SO ORDERED:

7  DATED:  __11/12__, 2015

*Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE