1  Jeffery L. Caufield (SBN 166524)
   jeff@caufieldjames.com
2  Santino M. Tropea (SBN 249215)
   santino@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 410
4  San Diego, California 92108
   Telephone: 619-325-0441
5  Facsimile: 619-325-0231

6  Attorneys for Defendants, Counter-Claimants,
   and Cross-Claimants, Alfredo Torres and
7  Carmen Torres

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 ESTATE OF ROBERT RENZEL, DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian, *et al.*

   Plaintiffs,

   v.

   LUPE VENTURA, an individual and dba Ritz Cleaners, *et al.*

   Defendants.

   AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS.

Case No.: 5:15-cv-01648-RMW

[PROPOSED] **CASE MANAGEMENT ORDER**

CMC Date:         November 20, 2015
Hearing Time:     10:30 a.m.
Courtroom:        6 – 4th Floor
Judge:            Hon. Ronald M. Whyte

Action Filed:  April 10, 2015
Trial Date:    None set

1    On November 20, 2015, a Case Management Conference was held in the above-
2 referenced Court. Appearances were made by Plaintiff's Attorney Kirk M. Tracy, and
3 Defendants' Attorneys Stephan Choo (Whangs), Thomas P. Schmidt (Hans), and Santino Tropea
4 (Torres) who participated telephonically via Courtcall.
5    The Court HEREBY ORDERS as follows:
6    A Further Case Management Conference shall take place on <u>April 15, 2016 at 10:30 a.m</u>.
7 in Courtroom 6, 4th Floor, San Jose before the Hon. Ronald M. Whyte. The Court expects that the
8 site examination and evaluation will be completed, Plaintiff will have served all defendants in the
9 action, and the case will be fully at issue with all parties by the next Case Management
10 Conference.
11    A Joint Case Management Conference Statement shall be filed no later than <u>April 5, 2016</u>.
12    Counsel for Carmen and Alfredo Torres is ordered to provide notice.

14 IT IS SO ORDERED:

16 DATED:  __11/24__, 2015            *Ronald M. Whyte*
17                                     HON. RONALD M. WHYTE
                                       U.S. DISTRICT COURT JUDGE

1
[PROPOSED] CASE MANAGEMENT ORDER
Case No. 15-CV-01648-NC