1  Jeffery L. Caufield (SBN 166524)
   jeff@caufieldjames.com
2  Santino M. Tropea (SBN 249215)
   santino@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 410
4  San Diego, California 92108
   Telephone: 619-325-0441
5  Facsimile: 619-325-0231

6  Attorneys for Defendants, Counter-Claimants,
   and Cross-Claimants, Alfredo Torres and
7  Carmen Torres

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian, *et al.* | Case No.: 5:15-cv-01648-RMW |
| | MODIFIED [PROPOSED] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | Hearing Date: April 15, 2016 |
| v. | Hearing Time: 10:30 a.m. |
| | Courtroom: 6 – 4th Floor |
| LUPE VENTURA, an individual and dba Ritz Cleaners, *et al.* | Judge: Hon. Ronald M. Whyte |
| Defendants. | Action Filed: April 10, 2015 |
| | Trial Date: None set |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

[PROPOSED] ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE

1  Defendants Alfredo Torres and Carmen Torres' request for their counsel to appear by
2  telephone at the Case Management Conference hearing, scheduled for April 15, 2016 at 10:30
3  a.m. in Courtroom 6 of the San Jose Division of the Northern District, is hereby GRANTED.
4  Counsel is instructed to contact CourtCall directly at (866) 582-6878 for telephonic appearance.
5  IT IS SO ORDERED:

7  DATED: __4/7____, 2016         *Ronald M. Whyte*
                                   HON. RONALD M. WHYTE
8                                  U.S. DISTRICT COURT JUDGE