AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |

Estate of Robert Renzel, Deaceased, et al.

**Plaintiff (s),**

V.

Uktae and Mija Han, et al.   **Defendant (s),**

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  5:15-CV-1648

Notice is hereby given that, subject to approval by the court, Uktae Han substitutes
(Party (s) Name)

Defendant is in Pro-Per , State Bar No. none as counsel of record in
(Name of New Attorney)

place of   DAVERT & LOE, LAWYERS .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: 
Address: 
Telephone: _____ Facsimile _____
E-Mail (Optional): 

I consent to the above substitution.

Date: 03/ /2016   3/21/16

Uktae Han, in Pro-Per

_(signature)_
(Signature of Party (s))

I consent to being substituted.

Date: 03/16/2016

Thomas P. Schmidt  DAVERT & LOE, LAWYERS
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/ /2016   3/21/16

_(signature)_
Uktae Han, In Pro-Per (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/20/2016

_Ronald M. Whyte_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]