AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ **District of** __California__

Estate of Robert Renzel, Deaceased, et al.

**Plaintiff (s),**

V.

Uktae and Mija Han, et al.    **Defendant (s),**

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 5:15-CV-1648

Notice is hereby given that, subject to approval by the court, __Mija Han__ substitutes
(Party (s) Name)

__Defendant is in Pro-Per__, State Bar No. __none__ as counsel of record in
(Name of New Attorney)

place of __DAVERT & LOE, LAWYERS__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: _____

Address: _____

Telephone: _____ Facsimile _____

E-Mail (Optional): _____

I consent to the above substitution.

Date: 03/ /2016  3/21/16

Mija Han, in Pro-Per

*/s/ Mija Han*
(Signature of Party (s))

I consent to being substituted.

Date: 03/16/2016

Thomas P. Schmidt  DAVERT & LOE, LAWYERS
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 03/ /2016  3/21/16

*/s/ Mija Han*

Mija Han, In Pro Per (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/20/2016

*/s/ Ronald M. Whyte*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]