Bret A. Stone   SBN 190161   BStone@PaladinLaw.com
Kirk M. Tracy   SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
Telephone:      (925) 947-5700
Facsimile:       (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his
successors in interest, Susan Carter and Ann Renzel Sebastian;
Robert E. Renzel Trust, by and through its trustees, Susan Carter
and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian;
and Bascom Avenue Development LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>ESTATE OF LUPE VENTURA, DECEASED, *et al.*,<br><br>*Defendants*.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 5:15-cv-1648-RMW<br><br>[PROPOSED] CASE MANAGEMENT ORDER<br><br><u>Case Management Conference:</u><br>Hon. Ronald M. Whyte<br>Courtroom 6, 4th Floor<br>April 15, 2016<br>10:30 a.m.<br><br>Action filed: April 10, 2015<br>Discovery cut-off: none set<br>Trial date: none set |

On April 15, 2016, a Case Management Conference was held in the above-referenced Court. Appearances were made by Attorneys Kirk M. Tracy (Renzel), Robert Farrell (Renzel), Stephan Choo (Whangs), Joshua Borger (Thu Huynh and Ngoc Tran), and Santino Tropea (Torres) who participated telephonically via courtcall.

The Court HEREBY ORDERS as follows:

A further Case Management Conference shall take place on <u>June 17, 2016 at 10:30 a.m.</u> in Courtroom 6, 4th Floor, San Jose before the Hon. Ronald M. Whyte. Before June 17, 2016, Renzel will file a motion or motions for summary judgment on the issue of express indemnity,



duty to defend, and hold harmless, pursuant to the leases between the dry cleaner operators and Renzel. Renzel will calendar the motion or motions for hearing in accordance with the Court's local rules. At the June 17 case management conference, opposing parties will discuss with the Court whether they need additional time to prepare their oppositions, potentially including time for additional discovery such as taking depositions, and the Court will consider modifying the briefing and hearing schedule accordingly.

If a cost-sharing agreement for environmental investigation is reached promptly with those dry cleaning operators that have an insurance defense (currently Whangs and Torres), Renzel will postpone the filing of their motion or motions.

The Court expects the parties to meet and confer prior to the June 17 case management conference to discuss the next steps to managing this case, including considering nominations for the appointment of a special master to oversee the development of a discovery plan and any further negotiations regarding a cost-sharing agreement for environmental investigation at the subject property.

Pursuant to Civ. L.R. 16-10(d), a Joint Case Management Conference Statement shall be filed no later than June 7, 2016.

Counsel for Renzel is ordered to provide notice.

IT IS SO ORDERED:

DATED: __4/20__, 2016

_Ronald M. Whyte_
United States District Judge



-2-   Case No. 5:15-cv-1648-RMW
[PROPOSED] CASE MANAGEMENT ORDER