Jeffery L. Caufield (SBN 166524)
jeff@caufieldjames.com
Santino M. Tropea (SBN 249215)
santino@caufieldjames.com
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 410
San Diego, California 92108
Telephone: 619-325-0441
Facsimile: 619-325-0231

Attorneys for Defendants, Counter-Claimants,
and Cross-Claimants, Alfredo Torres and
Carmen Torres

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>LUPE VENTURA, an individual and dba Ritz Cleaners, *et al.*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No.: 5:15-cv-01648-NC<br><br>[PROPOSED] ORDER RE: REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>Hearing Date: June 17, 2016<br>Hearing Time: 10:30 a.m.<br>Courtroom:    6 – 4th Floor<br>Judge:        Hon. Ronald M. Whyte<br><br>Action Filed: April 10, 2015<br>Trial Date:   None set |

Defendants Alfredo Torres and Carmen Torres' request for their counsel to appear by telephone at the Case Management Conference hearing, scheduled for June 17, 2016 at 10:30 a.m. in Courtroom 6 of the San Jose Division of the Northern District, is hereby GRANTED. Counsel is instructed to contact CourtCall directly at (866) 582-6878 for telephonic appearance.

IT IS SO ORDERED:

DATED:  6/10   , 2016

*Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE

1
[PROPOSED] ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE
Case No. 15-CV-01648-NC