Bret A. Stone   SBN 190161   BStone@PaladinLaw.com
Kirk M. Tracy   SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
Telephone:   (925) 947-5700
Facsimile:   (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>ESTATE OF LUPE VENTURA, DECEASED, *et al.*,<br><br>*Defendants*. | Case No. 5:15-cv-1648-RMW<br><br>[~~PROPOSED~~] CASE MANAGEMENT ORDER<br><br><u>Case Management Conference</u>:<br>Hon. Ronald M. Whyte<br>Courtroom 6, 4th Floor<br>June 17, 2016<br>10:30 a.m. |
| AND RELATED CROSS-ACTIONS. | Action filed: April 10, 2015<br>Discovery cut-off: none set<br>Trial date: none set |

On June 17, 2016, a Case Management Conference was held in the above-referenced Court. Appearances were made by Attorneys Kirk M. Tracy (Renzel), Robert Farrell (Renzel), Stephan Choo (Whangs), Ann A. Nguyen (Thu Huynh and Ngoc Tran), and Santino Tropea (Torres) who participated telephonically via courtcall. Uktae Han (*pro se*) also appeared on behalf of himself and Mija Han.

The Court HEREBY ORDERS as follows:

A further Case Management Conference shall take place on <u>September 30, 2016 at 10:30 a.m.</u> in Courtroom 6, 4th Floor, San Jose before the Hon. Ronald M. Whyte. The Court expects



---

[~~PROPOSED~~] CASE MANAGEMENT ORDER

1  that, prior to the September 30, 2016 case management conference: (1) environmental investigation of the subject property shall be completed; (2) issues regarding cost-sharing agreements for investigation will have been resolved; and (3) the matter will be ready for mediation. If any of these items have not been done, the parties are to file a statement explaining why those items have not been done.

If the Whangs and their insurance carrier cannot resolve insurance issues between them, Renzel may proceed with a motion for summary judgment against Whangs, prior to the September 30, 2016 case management conference, on the issue of express indemnity, duty to defend, and hold harmless, pursuant to the lease(s) between Whangs and Renzel.

Pursuant to Civ. L.R. 16-10(d), a Joint Case Management Conference Statement shall be filed no later than <u>September 23, 2016</u>.

Counsel for Renzel is ordered to provide notice.

IT IS SO ORDERED:

DATED: June 22, 2016

          *Ronald M. Whyte*
          United States District Judge

