ANN A. NGUYEN [SBN. 178712]
*aan@robinsonwood.com*
JOSHUA J. BORGER [SBN. 231951]
*jjb@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:   (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Defendants/Counter-Claimants/Cross-Complainants
THU HUYNH and NGOC T.B. TRAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE of ROBERT RENZEL DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ESTATE OF LUPE VENTURA, DECEASED, an individual and dba Ritz Cleaners; *et. al.*,<br><br>Defendants.<br><br>And Related Cross-Actions, | Case No. 5:15-CV-1648-HSG<br><br>[PROPOSED] ORDER RE:<br><br>**DEFENDANTS THU NGUYEN AND NGOC T.B. TRAN'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:         November 15, 2016<br>Time:         2:00 P.M.<br>Courtroom.:  10, 19th Floor<br>Judge:        Hon. Haywood S. Gilliam, Jr.<br><br>[Action Filed: 04/10/2015]<br>[Trial Date:  None set] |

Defendants Thu Nguyen and Ngoc T.B. Trans' request for their counsel to appear by telephone at the Case Management Conference hearing, scheduled for November 15, 2016 at 2:00 P.M. in Courtroom 10 of the San Francisco Division of the Northern District, is hereby GRANTED.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED

DATED:  November 10, 2016

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE