UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALFREDO TORRES, et al.,<br><br>    Defendants. | Case No. 15-cv-01648-HSG<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE**<br><br>Re: Dkt. No. 137 |

On October 27, 2016, Defendant Gary Tran filed what was framed as a "notice of substitution of attorney," in which he asked to "substitute[] himself in pro per in this action[.]" *See* Dkt. No. 135 at 1. Effectively, the filing seeks to replace what should have been a motion to withdraw as counsel by Defendant's attorney, Jonathan C. Do. Counsel may not withdraw from representing Mr. Tran without the permission of the Court. *See* Civil L.R. 11-5(a); CA ST RPC Rule 3-700(C); *see also Gong v. City of Alameda*, No. C 03-05495 TEH, 2008 WL 160964, at *1 (N.D. Cal. Jan. 8, 2008) ("[T]he Court has discretion to deny an attorney's request to withdraw where such withdrawal would work an injustice or cause undue delay in the proceeding . . . ." (internal quotation marks omitted)). If Mr. Do wishes to withdraw as counsel for Mr. Tran, he must file a proper motion to withdraw: no "substitution of attorney" has been presented to the Court, because Mr. Tran would be unrepresented if Mr. Do is allowed to withdraw. Unless and until the Court allows Mr. Do to withdraw, he has a continuing duty to represent Mr. Tran.

On November 3, 2016, this case was reassigned to the undersigned. The next day, the Court set a case management conference for November 15, 2016. As Mr. Tran's counsel, Mr. Do was required to appear at the case management conference. *See* Fed. R. Civ. P. 16(a) (empowering the Court to order counsel to appear at pretrial conferences); Civil L.R. 16-10(c) (requiring counsel to appear at case management conferences). But Mr. Do failed to appear.

"Failure by counsel . . . to comply with any duly promulgated local rule or any Federal Rule may be a ground for imposition of any authorized sanction." Civil L.R. 1-4. Accordingly, the Court **ORDERS** Mr. Do to show cause by November 23, 2016 why the Court should not sanction him for failing to appear at the November 15, 2016 case management conference on behalf of his client, Mr. Tran.

**IT IS SO ORDERED.**

Dated: 11/18/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

2