UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALFREDO TORRES, et al.,<br><br>    Defendants. | Case No. 15-cv-01648-HSG<br><br>**ORDER ADVANCING HEARING ON MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 146 |

On November 22, 2016, Jonathan C. Do, counsel representing Defendant Gary Tran, filed a motion to withdraw as counsel of record and to substitute Mr. Tran, in pro per. Dkt. No. 146. The hearing was set for February 16, 2017. *Id.* Mr. Do requested an *in camera* hearing outside the presence of other parties in the event that the Court desired further information regarding the specific facts allegedly justifying withdrawal. *See id.* (citing *Manfredi & Levine v. Superior Court*, 66 Cal. App. 4th 1128, 1136-37 (1998)).

"The determination whether to grant or deny a motion to withdraw as counsel lies within the sound discretion of the trial court." *See Manfredi & Levine*, 66 Cal. App. 4th at 1133. Holding an *in camera* hearing pursuant to counsel's request is an appropriate way to assess the views of counsel and client about facts relevant to the motion to withdraw. *See id.* at 1136-37.

Given the importance of promptly resolving the motion to withdraw on an informed basis, the Court **ADVANCES** the hearing for this motion to this Thursday, December 1, 2016, at 10:00am. This will be an *in camera* hearing regarding an issue of representation relating only to Mr. Do and Mr. Tran. Accordingly, the Court **ORDERS** Mr. Do and Mr. Tran to appear, and the

//

//

//

1  other parties in this litigation *not* to appear.

2  **IT IS SO ORDERED.**

3  Dated: 11/29/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge