1
2
3
4                                    UNITED STATES DISTRICT COURT
5                                   NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al., | Case No.  15-cv-01648-HSG |
| Plaintiffs, | **ORDER DENYING IN PART AND GRANTING IN PART STIPULATION REGARDING CASE SCHEDULE, AND SETTING CASE SCHEDULE** |
| v. | |
| ALFREDO TORRES, et al., | Re: Dkt. No. 148 |
| Defendants. | |

The Court has reviewed the parties' stipulation.  Dkt. No. 148.  The Court **DENIES** the stipulation as to the proposed dates for the dispositive motion hearing, the pretrial conference, and the trial.  As to all the other proposed dates, the Court **GRANTS** the stipulation.

Accordingly, the Court **SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to hold mediation regarding final agreement on cost-sharing | January 31, 2017 |
| Further case management conference | May 16, 2017, at 2:00 p.m. |
| Deadline to hold mediation regarding final settlement | June 30, 2017 |
| Non-expert discovery cutoff | July 21, 2017 |
| Affirmative expert designation | July 28, 2017 |
| Rebuttal expert designation | August 11, 2017 |
| Expert discovery cutoff | September 8, 2017 |
| Dispositive motion hearing | October 12, 2017, at 2:00 p.m. |
| Pretrial conference | January 23, 2018, at 3:00 p.m. |
| Trial (10 days) | February 5, 2018, at 8:30 a.m. |

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:  11/30/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge