UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT E. RENZEL TRUST, et al., | Case No. 15-cv-01648-HSG |
|---|---|
| Plaintiffs, | |
| v. | **ORDER REGARDING HEARING ON MOTION TO WITHDRAW AS COUNSEL** |
| ALFREDO TORRES, et al., | Re: Dkt. No. 152 |
| Defendants. | |

Thu Nguyen ("T. Nguyen") and Ngoc T.B. Tran ("Tran") are defendants, counterclaimants, cross-complainants, and cross-defendants in this action. Dkt. No. 152. They are represented by the attorneys Ann A. Nguyen ("A. Nguyen") and Joshua J. Borgor ("Borgor") of the law firm Robinson & Wood, Inc. *Id.* On December 7, 2016, the attorneys A. Nguyen and Borgor filed a motion to withdraw as counsel of record for clients T. Nguyen and Tran. *Id.* Any response must be filed by December 21, 2016, and any reply must be filed by December 28, 2016.

The motion hearing will be held on February 16, 2017, at 2:00 p.m. As requested in the motion, the hearing shall be an *in camera* proceeding outside the presence of all other parties. Accordingly, the Court **ORDERS** *only* attorneys A. Nguyen and Borgor along with clients T. Nguyen and Tran to appear. The Court **DIRECTS** these attorneys and clients to take notice that the hearing will be held in Courtroom 10 on the 19th Floor of the San Francisco courthouse—*not* the San Jose courthouse, as incorrectly stated in the moving papers. *See id.* at 1. At the hearing, these attorneys and clients will be asked to explain the basis for the motion.

**IT IS SO ORDERED.**

Dated: 12/8/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge