UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALFREDO TORRES, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01648-HSG<br><br>**ORDERING DENYING AS MOOT REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: Dkt. No. 156 |

On January 9, 2017, Defendants Thu Nguyen and Ngoc T.B. Tran filed a request to appear telephonically at a case management conference on January 13, 2017. Dkt. No. 156. That conference was calendared by a different judge of this Court, Dkt. No. 132, prior to reassignment, Dkt. No. 136, and is therefore no longer on calendar. Accordingly, Defendants' request to appear telephonically is **DENIED AS MOOT.** The Court reminds the parties that a further case management conference has already been set for May 16, 2017, at 2:00 p.m., pursuant to the Court's prior scheduling order. *See* Dkt. No. 149.

**IT IS SO ORDERED.**

Dated: 1/10/2017

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge