UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALFREDO TORRES, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-01648-HSG<br><br>**ORDER GRANTING MOTION TO APPEAR BY TELEPHONE**<br><br>Re: Dkt. No. 158 |

　　　　The Court hereby **GRANTS** the motion to appear by telephone filed by Ann Nguyen in connection with the hearing scheduled for today, February 16, 2017, at 2:00 p.m.  *See* Dkt. No. 158.  Counsel is instructed to contact CourtCall at 866-582-6878 to arrange for this telephone appearance.  Ms. Nguyen's clients, Thu Huynh and Ngoc Tran, must appear in person, as already ordered by the Court.  *See* Dkt. No. 153.

　　　　**IT IS SO ORDERED.**

Dated: 2/16/2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge