UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALFREDO TORRES, et al.,<br><br>Defendants. | Case No. 15-cv-01648-HSG<br><br>**ORDER REGARDING HEARING ON MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 164 |

Hyang Bae Whang, Seon Geun Whang, and Kyu Chuk Whang ("Whang Clients") are represented in this action by Kathleen N. Strickland ("Attorney Strickland"), Stephan Choo ("Attorney Choo"), Devin C. Courteau ("Attorney Courteau"), and the law firm Ropers, Majeski, Kohn, & Bentley, PC ("Ropers Firm"). Dkt. Nos. 34, 164. On April 21, 2017, Attorney Strickland, Attorney Choo, and the Ropers Firm filed a motion to withdraw as counsel of record for the Whang Clients. Dkt. No. 164. The deadline for oppositions has passed and the motion is unopposed. On the case docket, Attorney Courteau is still listed as representing the Whang Clients. However, the motion to withdraw makes no mention of him. *See id.*

The motion hearing is scheduled for June 15, 2017, at 2:00 p.m., and will be held *in camera*, outside the presence of all other parties. The Court **ORDERS** *only* Attorney Strickland, Attorney Choo, and the Whang Clients to appear, and **DIRECTS** them to be prepared to explain the basis for the motion, as well as the status of Attorney Courteau.

**IT IS SO ORDERED.**

Dated: 6/12/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge