UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ALFREDO TORRES, et al.,<br><br>    Defendants. | Case No. 15-cv-01648-HSG<br><br>**ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 169 |

Hyang Bae Whang, Seon Geun Whang, and Kyu Chuk Whang ("Whang Clients") are represented in this action by Kathleen N. Strickland ("Attorney Strickland"), Stephan Choo ("Attorney Choo"), Devin C. Courteau ("Attorney Courteau"), and the law firm Ropers, Majeski, Kohn, & Bentley, PC ("Ropers Firm"). Dkt. Nos. 34, 164. On April 21, 2017, Attorney Strickland, Attorney Choo, and the Ropers Firm filed a motion to withdraw as counsel. Dkt. No. 164. On June 14, 2017, the Whang Clients, Attorney Strickland, and Attorney Woo filed a motion to continue the hearing on the motion to withdraw. Dkt. No. 169.

The Court hereby **GRANTS** the motion to continue the hearing.[1] Seon Geun Whang and Attorney Choo shall appear in person at the hearing on June 22, 2017, at 2:00 p.m.[2] The other Whang Clients and Attorney Strickland do not need to appear at the hearing.

**IT IS SO ORDERED.**

Dated: 6/14/2017

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge

---

[1] Attorney Strickland's request to excuse appearance, Dkt. No. 170, is denied as moot.
[2] Seon Geun Whang's alternative request to appear by phone is denied.