Bret A. Stone     SBN 190161   BStone@PaladinLaw.com
Kirk M. Tracy     SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA 94595
Telephone: (925) 947-5700
Facsimile: (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ESTATE OF LUPE VENTURA, DECEASED, *et al.*, <br><br> *Defendants*. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 4:15-cv-1648-HSG <br><br> STIPULATION AND ORDER REGARDING CASE SCHEDULE <br><br><br> Action filed: April 10, 2015 <br> Discovery cut-off: September 8, 2017 <br> Trial date: April 23, 2018 |

WHEREAS, pursuant to the discussion with the Court at the September 14, 2017 Case Management Conference, the parties have met and conferred regarding a proposed modification of the case schedule to further mediation efforts;

WHEREAS, a pilot test has been proposed for additional environmental investigation to support the development of a final remedial action plan and cost estimate;

WHEREAS, the environmental consultants for Renzel have approved the technical scope of the pilot test at a fixed cost of $237,148.50;

WHEREAS, Renzel and Torres have worked diligently and in good faith with each other to negotiate an agreement to share the costs of the pilot test, but have not been able to come to an



1 | agreement;

2 | WHEREAS, Torres filed a motion for summary judgment against Renzel, ECF No. 187,
3 | currently set for hearing on November 16, 2017;

4 | WHEREAS, Renzel's opposition to Torres's motion for summary judgment is currently
5 | due September 26, 2017 and Torres's reply brief is due October 3, 2017;

6 | WHEREAS, the Court set the current deadlines in this matter in its May 15, 2017 Order
7 | Amending Case Schedule and Vacating Case Management Conference, ECF No. 167; and

8 | WHEREAS, the parties agree to continue expert discovery deadlines by approximately 30
9 | days, to facilitate mediation of a cost sharing agreement for the pilot study;

10 | THEREFORE, all parties[1] herby stipulate with each other as follows, and request that the
11 | Court so order the terms of this stipulation:

12 | 1. No later than October 13, 2017, Renzel and Torres will conduct a mediation session to reach an agreement on cost sharing for the pilot study mentioned above, and thereby will provide approval for commencement of the investigation. An insurance company representative with authority to settle shall attend the mediation session in person for each of Renzel's and Torres's respective insurers. If Renzel and Torres reach a cost sharing agreement prior to October 13, 2017, a mediation session shall not be necessary;

18 | 2. No later than October 13, 2017, the parties shall report back to the Court on the result of the mediation;

20 | 3. If a stipulation to stay the litigation, including the length of time proposed for such a stay, is not filed by October 13, 2017, the parties shall appear at a further Case Management Conference on October 17, 2017 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, before the Hon. Haywood S. Gilliam Jr.;

24 | 4. The briefing schedule for Torres's motion for summary judgment against Renzel, ECF No. 187, shall be modified as follows: Renzel's opposition is due no later than October 27, 2017; Torres's reply shall be due no later than November 6, 2017; the hearing shall remain as

---

[1] A copy of this stipulation was provided to all *pro se* parties via email on September 14, 2017, requesting their review and agreement by signature. No objections were received.



-2- Case No. 4:15-cv-1648-HSG

STIPULATION AND ORDER REGARDING CASE SCHEDULE

scheduled for November 16, 2017; and

2.     5.    The following deadlines shall be set for this matter:

a. Affirmative expert designation:                 October 16, 2017

b. Rebuttal expert designation:                   November 6, 2017

c. Expert discovery cutoff:                       December 4, 2017

d. Deadline for hearing of dispositive motions:     January 18, 2017, at 2:00p.m.

e. Pretrial conference:                           April 10, 2018, at 3:00 p.m.

f. Trial date:                                   April 23, 2018, at 8:30 a.m.

IT IS SO STIPULATED

DATED: September 15, 2017            PALADIN LAW GROUP® LLP

/s/ *Bret A. Stone*

Counsel for Renzel

DATED: September 15, 2017            LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Glenn A. Friedman*

Counsel for Counter Defendants Ann Renzel Sebastian, Susan Carter and the Estate of Robert Renzel

DATED: September 15, 2017            CAUFIELD & JAMES LLP

/s/ *Jeffery L. Caufield*

Counsel for Alfredo and Carmen Torres

DATED: September 15, 2017

HYANG BAE WHANG, SEON GEUN WHANG, KYU CHUK WHANG
*Pro se*

DATED: September 15, 2017

GARY TRAN
*Pro se*



DATED: September 15, 2017

_____
THU HUYNH and NGOC T.B. TRAN

DATED: September 15, 2017

_____
UKTAE HAN and MIJA HAN
*Pro Se*

Good cause appearing, IT IS SO ORDERED except that the deadline for hearing of dispositive motions is January 18, 2018, at 2:00p.m.

Dated: September 15, 2017    _____
United States District Judge

