# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al., | Case No. 15-cv-01648-HSG |
| Plaintiffs, | |
| v. | **ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| ALFREDO TORRES, et al., | |
| Defendants. | |

The Court orders counsel for Plaintiffs and counsel for Defendants Alfredo Torres and Carmen Torres to appear for a telephonic case management conference on Tuesday, November 14, 2017 at 3:00 p.m. All pro se parties are excused from appearing, but may appear voluntarily if they wish. Any party who will appear must contact CourtCall at (866) 582-6878, and will be responsible for paying the applicable CourtCall fee.

**IT IS SO ORDERED.**

Dated: 11/8/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge