Bret A. Stone   SBN 190161   BStone@PaladinLaw.com
Kirk M. Tracy   SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
Telephone:   (925) 947-5700
Facsimile:   (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED *et al.*,<br><br>*Plaintiffs and Counter-Defendants*,<br><br>v.<br><br>LUPE VENTURA *et al.*,<br><br>*Defendants*.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 4:15-cv-1648-HSG<br><br>RENZEL'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND ORDER<br><br><u>Case Management Conference</u>:<br>Hon. Haywood S. Gilliam, Jr.<br>Courtroom 10, 19th Floor<br>April 17, 2018<br>2:00 p.m.<br><br>L.R. 16-10(a)<br><br>Action filed: April 10, 2015<br>Discovery cut-off: none set<br>Trial date: none set |

Pursuant to Local Rule 16-10(a), Plaintiff and Counter-Defendants Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC (collectively, "Renzel") respectfully request that their counsel, Bret A. Stone of Paladin Law Group® LLP, be permitted to appear by telephone through CourtCall at the Case Management Conference scheduled for April 17, 2018 at 2:00 p.m. in Courtroom 2 of the Oakland Office of



the Northern District. Mr. Stone's office is located in Santa Barbara and he respectfully requests to appear by telephone.

Respectfully submitted,

DATED: April 5, 2018

PALADIN LAW GROUP® LLP

/s/ *Bret A. Stone*
Counsel for Plaintiff and Counter-Defendants

ORDER

Renzel's request for Bret A. Stone to appear by telephone at the Case Management Conference hearing, scheduled for April 17, 2018 at 2;00 p.m. in Courtroom 2 of the Oakland Office of the Northern District, is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED:

DATED: April 5, 2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

