1  Jeffery L. Caufield (SBN 166524)
   jeff@caufieldjames.com
2  Santino M. Tropea (SBN 249215)
   santino@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 410
4  San Diego, California 92108
   Telephone: 619-325-0441
5  Facsimile: 619-325-0231

6  Attorneys for Defendants, Counter-
   Claimants, and Cross-Claimants,
7  Alfredo Torres and Carmen Torres

8

9              **UNITED STATES DISTRICT COURT**

10       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  ESTATE OF ROBERT RENZEL,          Case No.: 4:15-cv-01648-HSG
    DECEASED, by and through his
13  successors in interest, Susan Carter    **ORDER RE: DEFENDANTS**
    and Ann Renzel Sebastian, *et al.*      **CARMEN AND ALFREDO TORRES'**
14                                          **REQUEST TO APPEAR**
                                            **TELEPHONICALLY AT CASE**
15          Plaintiffs,                     **MANAGEMENT CONFERENCE**

16          v.                              Hearing Date:   April 17, 2018
                                            Hearing Time:   2:00 p.m.
17                                          Courtroom:      2, 4th Floor
    LUPE VENTURA, an individual            Judge:          Hon. Haywood S.
18  and dba Ritz Cleaners, *et al.*         Gilliam, Jr.

19          Defendants.                     Action Filed:   April 10, 2015
                                            Trial Date:     None set
20  _____

21  AND RELATED
    COUNTERCLAIMS AND CROSS-
22  CLAIMS.

23

24

25

26

27

28

Defendants Carmen Torres and Alfredo Torres' request for their counsel to appear by telephone at the Case Management Conference hearing, scheduled for April 17, 2018 at 2:00 p.m. in Courtroom 2 of the Oakland Office of the Northern District, is hereby GRANTED.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.


DATED:  April 9, 2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE