Jeffery L. Caufield (SBN 166524)
jeff@caufieldjames.com
Santino M. Tropea (SBN 249215)
santino@caufieldjames.com
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 410
San Diego, California 92108
Telephone: 619-325-0441
Facsimile: 619-325-0231

Attorneys for Defendants, Counter-Claimants, and Cross-Claimants,
Alfredo Torres and Carmen Torres

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF LUPE VENTURA, DECEASED, an individual and dba Ritz Cleaners, *et al.*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No.: 4:15-cv-01648-HSG<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE OF REBUTTAL EXPERT EXCHANGE AND EXPERT DISCOVERY CUTOFF<br><br>Current Rebuttal Deadline:      7/6/18<br>Current Expert Discovery Cutoff: 8/24/18<br>Proposed Rebuttal Deadline:      8/6/18<br>Proposed Expert Discovery Cutoff: 9/10/18<br><br>Courtroom:  2, 4th Floor<br>Judge:      Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: April 10, 2015<br>Trial Date:   December 3, 2018 |

WHEREAS, pursuant to the Court's April 19, 2018 Scheduling Order [Doc. No. 219], the Court set a trial date and certain pretrial deadlines pertaining to expert disclosures, including an expert exchange deadline of June 15, 2018 and rebuttal expert exchange deadline of July 6, 2018 (see chart below). The Court's order indicated that these dates may be altered by order of the Court and upon a showing of good cause. Good cause exists for a thirty (30) day continuance of the rebuttal expert exchange deadline and corresponding expert discovery cutoff.

WHEREAS, on June 15, 2018, plaintiffs and counter-defendants Estate of Robert Renzel, Deceased; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; and Ann Renzel Sebastian (collectively, "Renzel") and defendants and counter-claimants Carmen and Alfredo Torres ("Torres") (collectively "Parties")[1], designated and exchanged their experts' opinions. Renzel designated four (4) experts and Torres designated one (1) expert.

WHEREAS, the current rebuttal expert exchange deadline is set for twenty-one (21) days after the opening expert exchange. Due to the opening experts, rebuttal experts, and counsel's schedules, and further complicated by the Fourth of July holiday, the Parties are unable to complete the depositions of all experts disclosed prior to the current rebuttal expert deadline, or with sufficient time to obtain transcripts and allow the Parties' rebuttal experts to review and consider the depositions in connection with their rebuttal.

WHEREAS, the Parties further exchanged a substantial number of documents relied upon and considered by each of their experts. The current scheduling deadlines do not allow sufficient time for counsel and the Parties' experts to review those documents in advance of the rebuttal exchange.

WHEREAS, in consideration of the foregoing, the Parties hereby stipulate to continue the deadlines to exchange expert rebuttal reports for thirty (30) days and

---

[1] A copy of this stipulation was provided to all *pro se* parties via email on June 19, 2018, requesting their review and agreement by signature. None of the *pro se* parties disclosed opening experts. No objection to the stipulation was received.

the expert discovery cutoff for seventeen (17) days, as follows:

| Event | Date | Proposed Date |
|---|---|---|
| Exchange Opening Expert Reports | June 15, 2018 | Completed |
| Exchange Rebuttal Expert Reports | July 6, 2018 | August 6, 2018 |
| Close of Expert Discovery | August 24, 2018 | September 10, 2018 |
| Pretrial Conference | November 13, 2018 at 3:00 p.m. | Same |
| Jury Trial | December 3, 2018 at 8:30 a.m. (10 days) | Same |

WHEREAS, the proposed continuance will not affect the Court's own schedule, including the pretrial conference date or trial date.

IT IS THEREFORE HEREBY STIPULATED between the Parties that:

(1) The Exchange of Rebuttal Expert Reports shall be continued to August 6, 2018; and

(2) The close of expert discovery shall be continued to September 10, 2018.

Respectfully submitted,

DATED: June 20, 2018      CAUFIELD & JAMES, LLP

*s/ Santino Tropea*
Jeffery Caufield, Esq.
Santino Tropea, Esq.
Attorneys for Defendants, Counter-Claimants, and Cross-Claimants,
Alfredo Torres and Carmen Torres

| | | |
|---|---|---|
| DATED: June 20, 2018 | | PALADIN LAW GROUP LLP |
| | | *s/ Bret Stone* |
| | | Bret Stone, Esq. |
| | | Attorneys for Renzel |

DATED: June 20, 2018                    LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Glenn A. Friedman*
Glenn A. Friedman, Esq.
Attorneys for Counter Defendants Ann Renzel Sebastian, Susan Carter and the Estate of Robert Renzel

DATED: June 20, 2018

HYANG BAE WHANG, SEON GEUN WHANG, KYU CHUK WHANG
*Pro se*

DATED: June 20, 2018

GARY TRAN
*Pro se*

DATED: June 20, 2018

THU HUYNH and NGOC T.B. TRAN

DATED: June 20, 2018

UKTAE HAN and MIJA HAN
*Pro Se*

3
STIPULATION AND ORDER REGARDING CONTINUANCE OF EXPERT DEADLINES

Good cause appearing, IT IS SO ORDERED.

DATED: June 21, 2018

_____
United States District Judge