UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. RENZEL TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALFREDO TORRES, et al.,<br><br>Defendants. | Case No. 15-cv-01648-HSG<br><br>**ORDER REGARDING CASE SCHEDULE** |

On August 30, 2018, several of the parties[1] submitted a joint case management statement requesting, in part: (1) a brief continuance of the expert discovery cutoff to allow expert discovery to be completed; and (2) an order that the parties and carrier representatives participate in a further mediation session with Tim Gallagher no later than September 24, 2018, based on their belief that this case should be resolved prior to trial. The Court **GRANTS** the parties' requests, and **SETS** the following dates and deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

| **Event** | **Date** |
|---|---|
| Further Mediation | No later than September 24, 2018 |
| Close of Expert Discovery | September 27, 2018 |

---

[1] Specifically, Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC, a California limited liability company ("Renzel"), and Defendants, Counter-Claimants, and Cross-Claimants Carmen Torres and Alfredo Torres ("Torres").

These dates may only be altered by order of the Court and only upon a showing of good cause. All other dates remain as previously ordered.

**IT IS SO ORDERED.**

Dated: 8/31/18

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge