1    Jeffery L. Caufield (SBN 166524)
     jeff@caufieldjames.com
2    Santino M. Tropea (SBN 249215)
     santino@caufieldjames.com
3    CAUFIELD & JAMES, LLP
     2851 Camino Del Rio South, Suite 410
4    San Diego, California 92108
     Telephone: 619-325-0441
5    Facsimile: 619-325-0231

6    Attorneys for Defendants, Counter-
     Claimants, and Cross-Claimants,
7    Alfredo Torres and Carmen Torres

8

9                 **UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12   ESTATE OF ROBERT RENZEL,           Case No.: 4:15-cv-01648-HSG
     DECEASED, by and through his
13   successors in interest, Susan Carter   **ORDER RE: DEFENDANTS
     and Ann Renzel Sebastian, *et al.*     CARMEN AND ALFREDO TORRES'
14                                          REQUEST TO APPEAR
                                           TELEPHONICALLY AT CASE
15           Plaintiffs,                    MANAGEMENT CONFERENCE**

16           v.                            Hearing Date:   September 11, 2018
                                           Hearing Time:   2:00 p.m.
17                                         Courtroom:      2, 4th Floor
     LUPE VENTURA, an individual           Judge:          Hon. Haywood S.
18   and dba Ritz Cleaners, *et al.*       Gilliam, Jr.

19           Defendants.                   Action Filed:   April 10, 2015
                                           Trial Date:     None set
20

21   AND RELATED
     COUNTERCLAIMS AND CROSS-
22   CLAIMS.

23

24

25

26

27

28

1    Defendants Carmen Torres and Alfredo Torres' request for their counsel to

2    appear by telephone at the Case Management Conference hearing, scheduled for

3    September 11, 2018 at 2:00 p.m. in Courtroom 2 of the Oakland Office of the

4    Northern District, is hereby GRANTED.

5    Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for

6    the telephonic appearance.

7
8    IT IS SO ORDERED.

9
10   DATED:  September 5, 2018

     HON. HAYWOOD S. GILLIAM, JR.
11   U.S. DISTRICT COURT JUDGE