**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GLENN A. FRIEDMAN, SBN 104442
  E-Mail: Glenn.Friedman@lewisbrisbois.com
ROBERT FARRELL, SBN 107461
  E-Mail: Robert.Farrell@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Counter-Defendants
SUSAN CARTER, ANN RENZEL SEBASTIAN
and ESTATE OF ROBERT RENZEL,
DECEASED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LUPE VENTURA, an individual and doing business as RITZ CLEANERS, et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 4:15-cv-01648-HSG<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: September 11, 2018<br>Time: 2:00 p.m.<br>Crtrm.: 2, 4th Floor |

Pursuant to United States District Court for the Northern District of California Local Rule 16-10(a), Counter-Defendants SUSAN CARTER, ANN RENZEL SEBASTIAN and ESTATE OF ROBERT RENZEL, DECEASED ("Counter-Defendants") hereby request that the Court authorize counsel for Counter-Defendants to participate telephonically in the Case Management Conference hearing scheduled in this action on September 11, 2018 at 2:00 p.m. in Courtroom 2 before the Hon. Haywood S. Gilliam, Jr.

Counsel for Counter-Defendants make this request on the grounds that the Court has ordered a mediation to take place no later than September 24, 2018. Mr. Gallagher, the mediator,

has advised the parties that his only available date to mediate this matter is September 11, 2018 in Los Angeles, CA, the same day as the Case Management Conference.  As counsel would be unable to simultaneously personally appear at the Case Management Conference in Oakland, CA and the mediation in Los Angeles, CA, counsel requests that he be able to attend the Case Management Conference telephonically.  The mediator has indicated that has no objection.

Counter-Defendants therefore, requests that the Court authorize counsel for Counter-Defendants to participate telephonically for the scheduled Case Management Conference hearing on September 11, 2018.

DATED: September 5, 2018  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Robert Farrell
GLENN A. FRIEDMAN
ROBERT W. FARRELL
Attorneys for Counter-Defendants
SUSAN CARTER, ANN RENZEL SEBASTIAN
and ESTATE OF ROBERT RENZEL, DECEASED

## **ORDER**

The Court finds good cause exists for GRANTING Counter-Defendants' request to appear telephonically for the Case Management Conference hearing scheduled for September 11, 2018 at 2:00 p.m. before the Honorable Haywood S. Gilliam, Jr. in Department 2.  Robert W. Farrell, Counsel for Counter-Defendants, is instructed to contact CourtCall directly at (866) 582-6878 to arrange for telephonic appearance.  Counsel must be available beginning at 2:00 p.m. until called by the Court.

**IT IS SO ORDERED.**

DATED: September 6, 2018

HAYWOOD S. GILLIAM, JR.
Judge of the United States District Court
Northern District of California