Bret A. Stone     SBN 190161   BStone@PaladinLaw.com
Kirk M. Tracy     SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA 94595
Telephone:    (925) 947-5700
Facsimile:     (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED *et al.*, <br><br> *Plaintiffs and Counter-Defendants*, <br><br> v. <br><br> LUPE VENTURA *et al.*, <br><br> *Defendants*. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 4:15-cv-1648-HSG <br><br> RENZEL'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND ORDER <br><br> <u>Case Management Conference</u>: <br> Hon. Haywood S. Gilliam, Jr. <br> Courtroom 2, 4th Floor <br> September 11, 2018 <br> 2:00 p.m. <br><br> L.R. 16-10(a) <br><br> Action filed: April 10, 2015 <br> Discovery September 27, 2018 <br> Trial date: December 3, 2018 |

Pursuant to Local Rule 16-10(a), Plaintiff and Counter-Defendants Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC (collectively, "Renzel") respectfully request that their counsel, Bret A. Stone of Paladin Law Group® LLP, be permitted to appear by telephone through CourtCall at the Case Management Conference scheduled for September 11, 2018 at 2:00 p.m. in Courtroom 2 of the Oakland Office of the Northern District.



REQUEST FOR TELEPHONIC APPEARANCE AND [~~PROPOSED~~] ORDER

Counsel requests the telephonic appearance due to the mediator's request for mediation on September 11, 2018 in Los Angeles, the same date as the case management conference. The mediator has indicated he would not have an issue with the telephonic appearance at the conference to accommodate counsel and the Court. Since September 11, 2018 is the mediator's only availability date in September, counsel respectfully requests to appear by telephone for this case management conference.

Respectfully submitted,

DATED: September 5, 2018

PALADIN LAW GROUP® LLP

/s/ *Bret A. Stone*
Counsel for Plaintiff and Counter-Defendants

ORDER

Renzel's request for Bret A. Stone to appear by telephone at the Case Management Conference hearing, scheduled for September 11, 2018 at 2;00 p.m. in Courtroom 2 of the Oakland Office of the Northern District, is hereby GRANTED. Counsel is instructed to contact CourtCall directly at (866) 582-6878 for telephonic appearance. Counsel must be available beginning at 2:00 p.m. until called by the Court.

IT IS SO ORDERED:

DATED: September 6, 2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

