Jeffery L. Caufield (SBN 166524)
jeff@caufieldjames.com
Santino M. Tropea (SBN 249215)
santino@caufieldjames.com
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 410
San Diego, California 92108
Telephone: 619-325-0441
Facsimile: 619-325-0231

Attorneys for Defendants, Counter-Claimants, and Cross-Claimants,
Alfredo Torres and Carmen Torres

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF LUPE VENTURA, DECEASED, an individual and dba Ritz Cleaners, *et al.*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No.: 4:15-cv-01648-HSG<br><br>STIPULATED REQUEST FOR LEAVE TO FILE MOTIONS IN LIMINE BASED UPON DAUBERT PRINCIPLES; ORDER<br><br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Pretrial Conference: November 13, 2018<br>Trial Date: December 3, 2018 |

| | |
|---|---|
| 1 | Plaintiffs and counter-defendants Estate of Robert Renzel, Deceased; Robert |
| 2 | E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel |
| 3 | Sebastian; Susan Carter; and Ann Renzel Sebastian (collectively, "Renzel") on the |
| 4 | one hand, and Carmen and Alfredo Torres ("Torres") on the other (collectively |
| 5 | "Parties"), submit this Stipulated Request for Leave and Proposed Order regarding |
| 6 | the filing of Motions in Limine. |
| 7 |     WHEREAS, pursuant to the Court's Civil Pretrial and Trial Standing Order, |
| 8 | "Motions in limine cannot be used to request summary judgment or raise *Daubert* |
| 9 | challenges unless the Court has specifically granted prior approval. Each motion |
| 10 | shall be no longer than five pages. . . ." |
| 11 |     WHEREAS, Renzel believes it has a legal basis to file a motion in limine to |
| 12 | exclude Torres' expert Wade Allmon and one, related opinion of Torres' expert Dr. |
| 13 | James Wells based upon principles set forth in *Daubert v. Merrell Dow* |
| 14 | *Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), while Torres believes it similarly has a |
| 15 | legal basis to file a motion in limine to exclude Renzel's expert Steven Sadler based |
| 16 | upon *Daubert* principles. Without conceding to the merit of each other's proposed |
| 17 | motion in limine, the Parties believe good cause exists to permit each Party to file |
| 18 | one *Daubert* motion. |
| 19 |     WHEREAS, due to the somewhat complicated nature of the arguments and |
| 20 | law, as well as the length of the experts' opinions the Parties believe good cause |
| 21 | exists to extend the page limitation from five (5) pages to fifteen (15) pages for |
| 22 | these motions. |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | |

This Stipulation is without prejudice to either Party to seek further permission should any additional *Daubert* issues arise.

**So Stipulated**:

DATED: October 16, 2018      CAUFIELD & JAMES, LLP

*s/ Santino Tropea*
Jeffery Caufield, Esq.
Santino Tropea, Esq.
Attorneys for Defendants, Counter-Claimants, and Cross-Claimants,
Alfredo Torres and Carmen Torres

DATED: October 16, 2018      PALADIN LAW GROUP LLP

*s/ Jon G. Lycett*
Jon G. Lycett, Esq.
Attorneys for Renzel

Good cause appearing, IT IS SO ORDERED except the page limitation will be ten (10).

DATED: October 17, 2018      United States District Judge