Bret A. Stone    SBN 190161   BStone@PaladinLaw.com
Kirk M. Tracy    SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
Telephone:     (925) 947-5700
Facsimile:     (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his
successors in interest, Susan Carter and Ann Renzel Sebastian;
Robert E. Renzel Trust, by and through its trustees, Susan Carter
and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian;
and Bascom Avenue Development LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED *et al.*, <br><br> *Plaintiffs and Counter-Defendants*, <br><br> *v.* <br><br> LUPE VENTURA *et al.*, <br><br> *Defendants*. | Case No. 4:15-cv-1648-HSG <br><br> RENZEL'S REQUEST TO APPEAR BY TELEPHONE AT HEARING ON THE ORDER TO SHOW CAUSE AND ORDER <br><br> Hon. Haywood S. Gilliam, Jr. <br> Courtroom 2, 4th Floor <br> November 29, 2018 <br> 2:00 p.m. <br><br> L.R. 16-10(a) |
| AND RELATED CROSS-ACTIONS. | Action filed: April 10, 2015 <br> Discovery September 27, 2018 |

Pursuant to Local Rule 16-10(a), Plaintiff and Counter-Defendants Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC (collectively, "Renzel") respectfully request that their counsel, Bret A. Stone of Paladin Law Group® LLP, be permitted to appear by telephone through CourtCall at hearing on the Order to Show Cause scheduled for November 29, 2018 at 2:00 p.m. in Courtroom 2 of the Oakland Office of the Northern District. Counsel requests the telephonic appearance due to lead counsel's office being located in Santa



Barbara and that the Order states that only the Defendants, through new counsel or pro se must appear. As such, counsel respectfully requests to appear by telephone for this hearing on the Order to Show Cause.

Respectfully submitted,

DATED: November 21, 2018

PALADIN LAW GROUP® LLP

/s/ *Bret A. Stone*
Counsel for Plaintiff and Counter-Defendants

## ORDER

Renzel's request for Bret A. Stone to appear by telephone at the hearing on the Order to Show Cause, scheduled for November 29, 2018 at 2;00 p.m. in Courtroom 2 of the Oakland Office of the Northern District, is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED:

DATED: November 26, 2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

