Bret A. Stone     SBN 190161    BStone@PaladinLaw.com
Jon G. Lycett     SBN 209425    JLycett@PaladinLaw.com
Kirk M. Tracy     SBN 288508    KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA 94595
Telephone:    (925) 947-5700
Facsimile:     (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ESTATE OF LUPE VENTURA, DECEASED, *et al.*,<br><br>*Defendants*.<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIM. | Case No. 4:15-cv-1648-HSG<br><br>NOTICE AND REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(2) OF HYANG BAE WHANG, SEON GEUN WHANG, KYU CHUK WHANG, UKTAE HAN, MIJA HAN, THU HUYNH, NGOC T.B. TRAN, AND GARY TRAN AND [PROPOSED] ORDER |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(2), and pursuant to discussions with the Court at the November 29, 2018 Order to Show Cause hearing, Plaintiffs and Counter-Defendants Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC, a California limited liability company (collectively, "Renzel"), Defendants,



---

NOTICE AND REQUEST FOR DISMISSAL OF PRO SE DEFENDANTS

Counter-Claimants, and Cross-Claimants Carmen Torres and Alfredo Torres (collectively, "Torres"), Hyang Bae Whang, Seon Geun Whang, and Kyu Chuk Whang (collectively, "Whang"), and Uktae Han and Mija Han (collectively, "Han"), hereby request an order that dismisses all claims by and against the *pro se* defendants in this action. The *pro se* defendants include Whang, Han, Thu Huynh and Ngoc T.B. Tran (collectively, "Huynh"), and Gary Tran.

On November 14, 2018, Renzel and Torres reached a conditional agreement to terms resolving all claims against each other and agreeing to dismiss all their respective claims, counterclaims, and cross-claims against all *pro se* defendants in this matter. ECF No. 281 (Notice of Settlement). The operative pleadings that contain claims by or against *pro se* defendants in this matter are as follows:

- Renzel's Second Amended Complaint, with claims against Whang, Han, Huynh, and Gary Tran. ECF No. 67.
- Torres's First Amended Counterclaims, and First Amended Cross-Claims, with claims against Whang, Han, Huynh, and Gary Tran. ECF No. 44.
- Whang's Counterclaims and Cross-Claims. ECF No. 71.
- Huynh's Counterclaims and Cross-Claims. ECF No. 80.

On November 19, 2018, the Court issued an Order to Show Cause why it should not dismiss Whang's and Huynh's counterclaims and cross-claims without prejudice, with a hearing on the order set for November 29, 2018. ECF No. 283. None of the *pro se* defendants appeared at the hearing. In communications attempting to reach an agreement to this request for dismissal, Han and Whang are the only *pro se* defendants to have responded.

Accordingly, Renzel, Torres, Whang, and Han agree to and request an order:

1. Dismissing each of Renzel's claims against Whang, Han, Huynh, and Gary Tran from its Second Amended Complaint (ECF No. 67), without prejudice;
2. Dismissing each of Torres's cross-claims against Whang, Han, Huynh, and Gary Tran from its First Amended Cross-Claims (ECF No. 44), without prejudice;
3. Dismissing Whang's entire countercomplaint and cross-complaint (ECF No. 71), without prejudice; and

4. Dismissing Huynh's entire countercomplaint and cross-complaint (ECF No. 80), *with prejudice*.

Respectfully submitted,

DATED: November 30, 2018     PALADIN LAW GROUP® LLP

/s/ *Bret A. Stone*

Counsel for Renzel

DATED: November 30, 2018     LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Glenn A. Friedman*

Counsel for Counter Defendants Ann Renzel Sebastian, Susan Carter and the Estate of Robert Renzel

DATED: November 30, 2018     CAUFIELD & JAMES LLP

/s/ *Jeffery L. Caufield*

Counsel for Alfredo and Carmen Torres

DATED: November 30, 2018

_____
Seon Geun Whang
*Pro Se*

DATED: November 30, 2018

_____
Hyang Bae Whang    for Hyang Bae Whang
*Pro Se*

DATED: November 30, 2018

_____
Kyu Chuk Whang    for Kyu Chuk Whang
*Pro Se*

///

///

///

-3-     Case No. 4:15-cv-1648-HSG

NOTICE AND REQUEST FOR DISMISSAL OF PRO SE DEFENDANTS

DATED: November 30, 2018

_____
UKTAE HAN
*Pro Se*

DATED: November 30, 2018

_____
MIJA HAN
*Pro Se*

### [PROPOSED] ORDER

Good cause appearing, the Court orders as follows:

1. Each of Renzel's claims against Whang, Han, Huynh, and Gary Tran from its Second Amended Complaint (ECF No. 67) are hereby dismissed without prejudice;

2. Each of Torres's cross-claims against Whang, Han, Huynh, and Gary Tran from its First Amended Cross-Claims (ECF No. 44) are hereby dismissed without prejudice;

3. Whang's countercomplaint and cross-complaint (ECF No. 71) is hereby dismissed without prejudice.

Dated: 12/11/2018

_____
United States District Judge

