Bret A. Stone    SBN 190161   BStone@PaladinLaw.com
Kirk M. Tracy    SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA 94595
Telephone:    (925) 947-5700
Facsimile:     (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED *et al.*, <br><br> *Plaintiffs and Counter-Defendants*, <br><br> *v.* <br><br> LUPE VENTURA *et al.*, <br><br> *Defendants*. <br><br> AND RELATED CROSS-ACTIONS. | Case No. 4:15-cv-1648-HSG <br><br> RENZEL'S REQUEST TO APPEAR BY TELEPHONE AT HEARING ON STATUS OF GOOD FAITH SETTLEMENT DETERMINATION AND ORDER <br><br> Hon. Haywood S. Gilliam, Jr. <br> Courtroom 2, 4th Floor <br> March 20, 2019 <br> 2:00 p.m. <br><br> L.R. 16-10(a) <br><br> Action filed: April 10, 2015 |

Pursuant to Local Rule 16-10(a), Plaintiff and Counter-Defendants Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC (collectively, "Renzel") respectfully request that their counsel, Bret A. Stone of Paladin Law Group® LLP, be permitted to appear by telephone through CourtCall at the hearing on the status the application for good faith settlement determination scheduled for March 20, 2019 at 2:00 p.m. in Courtroom 2 of the Oakland



REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER

1 | Office of the Northern District. Counsel requests the telephonic appearance due to lead counsel's
2 | office being located in Santa Barbara and lead counsel has a court appearance in Santa Barbara that
3 | morning making it impossible to arrive in Northern California in time for the hearing. As such,
4 | counsel respectfully requests to appear by telephone for this hearing on the status of the application
5 | for good faith settlement determination.

Respectfully submitted,

DATED: March 14, 2019

PALADIN LAW GROUP® LLP

/s/ *Bret A. Stone*
Counsel for Plaintiff and Counter-Defendants

[PROPOSED] ORDER

Renzel's request for Bret A. Stone to appear by telephone at the hearing scheduled for March 20, 2010 at 2:00 p.m. in Courtroom 2 of the Oakland Office of the Northern District, is hereby GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED:

DATED: March 15, 2019

*Haywood S. Gilliam Jr.* (signature)
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

