1  Jeffery L. Caufield (SBN 166524)
   jeff@caufieldjames.com
2  Santino M. Tropea (SBN 249215)
   santino@caufieldjames.com
3  CAUFIELD & JAMES, LLP
   2851 Camino Del Rio South, Suite 410
4  San Diego, California 92108
   Telephone: 619-325-0441
5  Facsimile: 619-325-0231

6  Attorneys for Defendants, Counter-
   Claimants, and Cross-Claimants,
7  Alfredo Torres and Carmen Torres

8

9                    **UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12  ESTATE OF ROBERT RENZEL,              Case No.: 4:15-cv-01648-HSG
    DECEASED, by and through his
13  successors in interest, Susan Carter   **[PROPOSED] ORDER RE:
    and Ann Renzel Sebastian,** *et al.*   **DEFENDANTS CARMEN AND
14                                         ALFREDO TORRES' REQUEST TO
                                           APPEAR TELEPHONICALLY AT
15            Plaintiffs,                   CASE MANAGEMENT
                                           CONFERENCE**
16              v.
                                           Hearing Date:  June 4, 2019
17                                         Hearing Time:  2:00 p.m.
    LUPE VENTURA, an individual            Courtroom:     2, 4th Floor
18  and dba Ritz Cleaners, *et al.*        Judge:         Hon. Haywood S.
                                           Gilliam, Jr.
19            Defendants.
                                           Action Filed:  April 10, 2015
20  _____       Trial Date:    None set

21  AND RELATED
    COUNTERCLAIMS AND CROSS-
22  CLAIMS.

23

24

25

26

27

28

Defendants Carmen Torres and Alfredo Torres' request for their counsel to appear by telephone at the hearing scheduled for June 4, 2019 at 2:00 p.m. in Courtroom 2 of the Oakland Office of the Northern District, is hereby GRANTED.

Counsel is instructed to contact CourtCall directly at (866) 582-6878 for telephonic appearance.

IT IS SO ORDERED.

DATED: 5/29/2019

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE
Case No. 15-CV-01648-HSG