Jeffery L. Caufield (SBN 166524)
jeff@caufieldjames.com
Santino M. Tropea (SBN 249215)
santino@caufieldjames.com
CAUFIELD & JAMES, LLP
2851 Camino Del Rio South, Suite 410
San Diego, California 92108
Telephone: 619-325-0441
Facsimile: 619-325-0231

Attorneys for Defendants, Counter-Claimants, and Cross-Claimants, Alfredo Torres and Carmen Torres

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>LUPE VENTURA, an individual and dba Ritz Cleaners, *et al.*<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | Case No.: 4:15-cv-01648-HSG<br><br>**ORDER RE: DEFENDANTS CARMEN AND ALFREDO TORRES' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: June 18, 2019<br>Hearing Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: April 10, 2015<br>Trial Date: None set |

Defendants Carmen Torres and Alfredo Torres' request for their counsel to appear by telephone at the hearing scheduled for June 18, 2019 at 2:00 p.m. in Courtroom 2 of the Oakland Office of the Northern District, is hereby GRANTED.

Counsel is instructed to contact CourtCall directly at (866) 582-6878 for telephonic appearance.

IT IS SO ORDERED.

DATED: June 14, 2018

HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE