Bret A. Stone      SBN 190161   BStone@PaladinLaw.com
Kirk M. Tracy      SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA 94595
Telephone:     (925) 947-5700
Facsimile:      (925) 935-8488

Counsel for Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF ROBERT RENZEL, DECEASED *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ESTATE OF LUPE VENTURA, DECEASED, *et al.*,<br><br>*Defendants*.<br><br>AND RELATED COUNTERCLAIMS AND CROSSCLAIM. | Case No. 4:15-cv-1648-HSG<br><br>NOTICE AND REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(2) OF RENZEL AND TORRES AND ORDER |

     NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs and Counter-Defendants Estate of Robert Renzel, Deceased, by and through his successors in interest, Susan Carter and Ann Renzel Sebastian; Robert E. Renzel Trust, by and through its trustees, Susan Carter and Ann Renzel Sebastian; Susan Carter; Ann Renzel Sebastian; and Bascom Avenue Development LLC, a California limited liability company (collectively, "Renzel"), and Defendants, Counter-Claimants, and Cross-Claimants Carmen Torres and Alfredo Torres (collectively,



RENZEL AND TORRES NOTICE AND REQUEST FOR DISMISSAL

"Torres") hereby request an order that dismisses all claims between Renzel and Torres in this action.

On July 17, 2019, the Court granted Renzel and Torres' joint application for determination of good faith settlement and establishment of the Bascom Remediation Trust. ECF No. 321. All required settlement payments have been received by Renzel. Pursuant to the terms of the underlying settlement agreement, Renzel and Torres submit this request for dismissal. Renzel and Torres are separately submitting notices of voluntary dismissal or requests for dismissal of all other remaining parties.

Accordingly, Renzel and Torres agree to and request an order:

1. Dismissing each of Renzel's claims against Torres from its Second Amended Complaint (ECF No. 67), with prejudice;
2. Dismissing each of Torres's counterclaims against Renzel from its First Amended Counterclaims (ECF No. 44), with prejudice;
3. Providing that Renzel and Torres shall bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| DATED: August 23, 2019 | PALADIN LAW GROUP® LLP |
| | /s/ *Bret A. Stone* |
| | Counsel for Renzel |
| DATED: August 23, 2019 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | /s/ *Glenn A. Friedman* |
| | Counsel for Counter Defendants Ann Renzel Sebastian, Susan Carter and the Estate of Robert Renzel |
| DATED: August 23, 2019 | CAUFIELD & JAMES LLP |
| | /s/ *Jeffery L. Caufield* |
| | Counsel for Alfredo and Carmen Torres |



**ORDER**

Good cause appearing, the Court orders as follows:

1. Each of Renzel's claims against Torres from its Second Amended Complaint (ECF No. 67) are hereby dismissed with prejudice;

2. Each of Torres's counterclaims against Renzel from its First Amended Counterclaims (ECF No. 44) are hereby dismissed with prejudice;

3. Renzel and Torres shall bear their own attorneys' fees and costs.

Dated: 8/23/2019

_____
United States District Judge

